**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 03-0325-01-CR-W-FJG |
| Andrea Ross, ) | |
| Defendant. ) | |

## ORDER

Pending before this Court is defendant's request that her sentence be shortened or split up with house arrest, received July 1, 2005. The record reflects that defendant plead guilty to two counts of an indictment and was sentenced on May 27, 2004, to a term of three years probation. Defendant later violated the conditions of her probation by committing another crime and failing to notify the probation officer within 72 hours of her arrest. Defendant was represented by counsel at the April 19, 2005, revocation hearing who presented evidence on her behalf. Subsequently, defendant's probation was revoked and she was sentenced to a six month term of incarceration to be followed by a three year term of supervised release.

The Court believes this case was properly adjudicated and does not find sufficient reason to grant your request. Accordingly, defendant's request that her sentence be shortened or split up with house arrest is denied.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: July 8, 2005
Kansas City, Missouri